IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2011 JUN 14 A 11: 02

| | | |
|---|---|---|
| HAROLD MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:10-243-RMG |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the parties' Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), the Court hereby awards Plaintiff $5,200.00 in attorney fees and $16.00 in expenses pursuant to the EAJA. It is further ordered that costs in the amount of $7.00 shall be awarded pursuant to 28 U.S.C. §§ 2412(a) and 1920.

**AND IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

June 14, 2011

Charleston, South Carolina